UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and SANTO LANZAFAME, in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS, and BRICKLAYERS LABOR MANAGEMENT RELATIONS COMMITTEE,

     Plaintiffs,

 - against -

A. BEST CONTRACTING CO., INC.,

     Defendant.

- - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 1 1 2005 ★
BROOKLYN OFFICE

05 Civ. 0831 (NGG)

## NOTICE OF DISMISSAL

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, Vladeck, Waldman, Elias & Engelhard, P.C., voluntarily dismiss the above

229216 v1

captioned action.

Dated: New York, New York
June 9, 2005

         VLADECK, WALDMAN, ELIAS &
          ENGELHARD, P.C.

       By: *James I. Wasserman*
         James I. Wasserman (JW 3717)
         Attorneys for Plaintiffs
         1501 Broadway, Suite 800
         New York, New York 10036
         (212) 403-7300

*So ordered.*
*July 7, 2005*